Opinion issued August 25, 2005











In The
Court of Appeals
For The
First District of Texas




NO. 01–05–00528–CV




ALANA JOHNSON, INC., A/K/A AND D/B/A ALL THAT JAZZ, Appellant

V.

TWO’S COMPANY, INC., Appellee




On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 820820




MEMORANDUM OPINIONAppellant Alana Johnson, Inc. a/k/a and d/b/a All That Jazz has neither
established indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring
payment of fees in civil cases unless indigent), 20.1 (listing requirements for
establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207, 51.941(a),
101.041 (Vernon Supp. 2004-2005) (listing fees in court of appeals); Fees Civ.
Cases B(1), (3) (listing fees in court of appeals). After being notified that this appeal
was subject to dismissal, appellant Alana Johnson, Inc. a/k/a and d/b/a All That Jazz
did not adequately respond. See Tex. R. App. P. 5 (allowing enforcement of rule);
42.3(c) (allowing involuntary dismissal of case).
          The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.
PER CURIAM
Panel consists of Justices Taft, Alcala, and Bland.